IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANNON J. SPEARS**                                                                                                    **PLAINTIFF**

V.                                              Case No. 4:20-cv-00337-LPR

**ARIKA BOWERS, Nurse,**
**White County Detention Center, et al.**                                                            **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge J. Thomas Ray to dismiss this case for failure to prosecute. (Doc. 6).[1] No objections have been filed and the time for doing so has expired. After careful review of the Recommended Disposition and a *de novo* review of the Record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Accordingly, Ms. Spears's Complaint is DISMISSED without prejudice for lack of prosecution, pursuant to Local Rule 5.5(c)(2). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 9th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] On December 30, 2020, the Court entered an Order in which it directed Ms. Spears to inform the Court within thirty (30) days of whether she intended to pursue this lawsuit and, if so, to provide a current mailing address and file an updated application to proceed *in forma pauperis*. (Doc. 4). The Court warned Ms. Spears that her failure to comply with the Order could cause her Complaint to be dismissed. (*Id.*). Ms. Spears has not complied with or otherwise responded to the December 30, 2020 Order.